FILED
U.S. DISTRICT COURT

2008 MAR 28  P 1: 12

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| ROBERT J. FORTE<br><br>Plaintiff,<br><br>vs.<br><br>COUNTRYWIDE, et al.<br>Defendants. | ORDER<br><br>Judge Dee Benson<br><br>Case No. 2:07-CV-00370 |

On June 4, 2007, Plaintiff Robert J. Forte filed a complaint. This Court referred the case to the magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B), who now recommends that Mr. Forte's case be dismissed for failure to file the requisite proof of service with the Court. Mr. Forte did not object to the magistrate's recommendation. Having considered the Report and Recommendation and the pertinent law, the Court now adopts the Report and Recommendation. Mr. Forte's case is DISMISSED without prejudice.

IT IS SO ORDERED.

DATED this 27th day of March, 2008.

_____
Dee Benson
United States District Judge